UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| LANISA KELLY, individually and on behalf of all similarly situated individuals, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 4:15-cv-00126-TWP-DML ) |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), **JOHN M. SCANNAPIECO** respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of The Lincoln National Life Insurance Company in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

| | |
|---|---|
| Supreme Court of the State of …Tennessee | 10/1990 |
| U.S. Supreme Court | 11/9/98 |
| 6th Circuit Court of Appeals | 1/18/96 |
| District of Colorado | 6/14/12 |
| Eastern District of Arkansas | 3/22/08 |
| Western District of Arkansas | 3/22/08 |
| Northern District of Indiana | 2/19/09 |
| Eastern District of Missouri | 5/3/13 |
| Western District of Oklahoma | 1/17/11 |
| Eastern District of Tennessee | 9/29/09 |
| Middle District of Tennessee | 3/18/91 |
| Western District of Tennessee | 5/19/09 |
| Eastern District of Texas | 3/17/08 |
| Southern District of Texas | 3/17/08 |
| Western District of Texas | 11/12/10 |
| Northern District of Texas | 6/9/11 |

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. I have paid electronically the Thirty Dollar ($30.00) administrative fee required to process this motion for admission *pro hac vice* to the Clerk of this Court.

**WHEREFORE**, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: October 28, 2015.

Respectfully submitted,

/s/ John M. Scannapieco
John M. Scannapieco
TN Reg. No. 14473
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
211 Commerce Street, Suite 800
Nashville, TN 37201
Tel: (615) 726.5648
Email: jscannapieco@bakerdonelson.com

and

Co-Counsel:

Bart A. Karwath
Jennifer Tudor Wright
**BARNES & THORNBURG, LLP**
11 South Meridian Street
Indianapolis, IN  46204
Tel: (317) 236-1313
Fax: (317) 231-7433
Email: bart.karwath@btlaw.com
Email: jennifer.wright@btlaw.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by operation of the Court's electronic filing system or by U.S. first class mail, postage pre-paid to Michael D. Grabhorn, Esq., and Andrew M. Grabhorn, Esq., Grabhorn Law Office PLLC, 2525 Nelson Miller Parkway, Suite 107, Louisville, KY 40223 on this 28th day of October, 2015.

/s/ John M. Scannapieco
John M. Scannapieco