## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| LANISA KELLY, individually and on behalf of all similarly situated individuals, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 4:15-cv-00126-TWP-DML |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

### MOTION FOR ADMISSION *PRO HAC VICE* ON BEHALF OF ATTORNEY CHRISTOPHER G. MORRIS

Laura E. Gorman of the law firm Barnes & Thornburg LLP, pursuant to S.D. Ind. Local Rule 83-6, hereby moves this Court for an Order granting Christopher G. Morris of the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant Lincoln National Life Insurance Company in the above-styled cause. In support of this motion, the undersigned states:

1. The Certification of Christopher G. Morris, as required by S.D. Ind. Local Rule 83-6, is attached hereto as Exhibit A.

2. Electronic payment in the amount of $100.00 in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Christopher G. Morris leave to appear *pro hac vice* as counsel for Defendant Lincoln National Life Insurance Company.

Dated:  October 11, 2017 /s/ *Laura E. Gorman*
Bart A. Karwath, No. 16088-49
Laura E. Gorman, No. 24428-49
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
(317) 231-7252
bart.karwath@btlaw.com
laura.gorman@btlaw.com

*Attorneys for Defendant, The Lincoln National Life Insurance Company*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically this 11TH day of October, 2017. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

> Thomas A. Scifres
> Thomas A. Scifres, P.C.
> 43 Public Square, Suite 103
> Salem, Indiana 47167
>
> Michael D. Grabhorn
> Grabhorn Law Office, PLLC
> 2525 Nelson Miller Parkway, Suite 107
> Louisville, Kentucky 40223

> */s/ Laura E. Gorman* _____